# United States Court of Appeals
### For the First Circuit

No. 21-1620

CARLITOS J. PRIETO-CASTILLO,

Petitioner,

v.

MERRICK B. GARLAND,

Respondent.

### ORDER OF COURT

Entered: October 19, 2021
Pursuant to 1st Cir. R. 27.0(d)

The brief filed by petitioner Carlitos J. Prieto-Castillo on October 12, 2021 is not in compliance with the following Local Rules of this court:

- **1st Cir. R. 25.0(b)(3), and 1st Cir. R. 28.0(b**), requiring that the entire brief, cover to cover including the addendum, be filed as a single electronic document. ***The brief and addendum must be filed as a single PDF document. The brief must not be scanned, and it must be formatted for electronic filing by converting the original word processing document into Portable Document Format ("PDF"). Unlike the brief, the addendum may be scanned and then combined with the native PDF brief to form a single electronic document.***

Petitioner Carlitos J. Prieto-Castillo is ordered to file a conforming brief by **October 26, 2021**. The corrected brief must be served on all parties to the appeal, and the certificate of service must be updated to include the new date of service. The due date for respondent's brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Maria R. Hamilton, Clerk

cc:
Carl Hurvich, OIL OIL, Jessica R. Lesnau