# United States Court of Appeals
### For the First Circuit

No. 21-1620

CARLITOS J. PRIETO-CASTILLO,

Petitioner,

v.

MERRICK B. GARLAND,

Respondent.

**JUDGMENT**

Entered: February 9, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this petition for review be voluntarily dismissed.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Ronald L. Bonin
Nicole Dellasandro Kavanagh
Oil
Jessica R. Lesnau
Gilles R. Bissonnette
SangYeob Kim