# United States Court of Appeals
## For the First Circuit

No. 21-1620

CARLITOS J. PRIETO-CASTILLO,

Petitioner,

v.

MERRICK B. GARLAND,

Respondent.

### MANDATE

Entered: February 9, 2024

In accordance with the judgment of February 9, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Gilles R. Bissonnette
Ronald L. Bonin
Nicole Dellasandro Kavanagh
SangYeob Kim
Jessica R. Lesnau
Oil